IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALDY E. PEGUERO LASADA,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25- 061 (MAJ)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(5)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br><br>ONE COUNT |

RECEIVED & FILED
CLERK'S OFFICE
FEB -6 2025
US DISTRICT COURT
SAN JUAN, PR
4:13
mde

THE GRAND JURY CHARGES:

## COUNT ONE
**Prohibited Person in Possession of Firearm and Ammunition**
**(18 U.S.C. § 922(g)(5))**

On or about January 10th, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

WALDY E. PEGUERO LASADA,

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition – that is, one Smith & Wesson pistol, black in color, model MP, .40 caliber, serial number MPA 1555 and rounds of .40 caliber ammunition said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

*United States v. Waldy E. Peguero Lasada*
*Indictment*

## FIREARMS FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of one or more of the offenses alleged in Count One of this Indictment, defendant WALDY E. PEGUERO LASADA, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms, ammunition and magazines involved or used in the commission of those offenses, including but not limited to one (1) Smith & Wesson pistol, black in color, model MP, .40 caliber, serial number MPA 1555 and rounds of .40 caliber ammunition. All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

TRUE BILL,

FOREPERSON

Date: February 6, 2025

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan L. Gottfried
Assistant United States Attorney
Chief, Violent Crimes and
National Security Division

_____
Luis Rivera-Méndez
Special Assistant United States Attorney

2